**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 08-cv-00998-RPM-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   May 19, 2009** | **Courtroom Deputy:**  Linda Kahoe |

ROBERT SCHLEINING,

      Holly Baer Kammerer
      Michael S. Burg
      Michael G. Eiselein (via phone)

    Plaintiff,

    v.

KNOTT BROTHERS TRUCKING, LLC,      Seth Adam Rider

KEYES TRUCKING, INC.,      Robert Patrick Ingram

ESTATE OF ELDON SCHARFF, THE,

    Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   STATUS CONFERENCE**
**Court in session:      1:53 p.m.**
Court calls case.  Appearances of counsel.

Discussion regarding the status of the case.

The parties advised the court that the case has settled.

**ORDERED:   The parties shall file a Stipulated Motion to Dismiss on or before June 3, 2009. All further deadlines and hearings before Magistrate Judge Shaffer are hereby vacated.**

**ORDERED:   Plaintiff's Motion for Leave to Amend Complaint (doc #28, filed 4/6/2009) is DENIED as moot.**

HEARING CONCLUDED.
**Court in recess**:        **2:10 p.m.**
Total time in court:     00:07

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.