IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00998-RPM-CBS

ROBET SCHLEINING,

     Plaintiff,

vs.

KNOTT BROTHERS TRUCKING, LLC,
a Nebraska limited liability company; and
KEYES TRUCKING, INC.,
a Nebraska corporation;

     Defendants.

---

**STIPULATED MOTION TO DISMISS WITH PREJUDICE**

---

Plaintiff Robert Schleining and Defendants Knott Brothers Trucking, LLC and Keyes Trucking, Inc., by their respective counsel, submit the following Stipulation to Dismiss with Prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

1.     Plaintiff and Defendants have reached a mutually agreeable compromise of all claims which were or could have been asserted in this matter.

2.     This dismissal is with prejudice.

3.     Plaintiff and Defendants will each bear their own costs and fees.

Dated this 3rd day of June, 2009.

s/ Seth A. Rider
Seth A. Rider, Esq.
Baldwin Morgan & Rider, PC
1512 Larimer Street, Suite 450
Denver, Colorado 80202
Telephone: 303-623-1832
Fax: 303-623-1833
Email: seth@bmrpc.com
*Attorney for Defendant Knott Brothers
Trucking, LLC*

s/ Rob Ingram
Rob Ingram, Esq.
Dickson Prud'Homme Adams & Ingram
730 17th Street, Suite 730
Denver, CO 80202
*Attorney for Defendant Keyes Trucking, Inc.*

s/ Holly Baer Kammer
Holly Baer Kammerer, Esq.
Burg Simpson Eldredge Hersh & Jardine,
P.C.
40 Inverness Drive East
Englewood, CO 80112-5402
*Attorneys for Plaintiffs*

s/ Michael G. Eiselein
Michael G. Eiselein, Esq.
Lynaugh, Fitzgerald, Eiselein & Grubbs
225 North 23rd Street
Billings, MT 59101
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was duly served this 3rd day of June, 2009, to each of the following:

| | | |
|---|---|---|
| Holly Baer Kammerer, Esq. | ( ) | via U.S. Mail |
| Steven Greenlee, Esq. | ( ) | via Hand Delivery |
| Michael S. Burg, Esq. | ( ) | via Facsimile |
| Burg Simpson Eldredge Hersh & Jardine, P.C. | ( ) | via Overnight Mail |
| 40 Inverness Drive East | ( ) | via Electronic Mail |
| Englewood, CO 80112-5402 | (x) | via CM/ECF System |
| *Attorneys for Plaintiffs* | | |

| | | |
|---|---|---|
| Rob Ingram, Esq. | ( ) | via U.S. Mail |
| Dickson Prud'Homme Adams & Ingram | ( ) | via Hand Delivery |
| 730 17th Street, Suite 730 | ( ) | via Facsimile |
| Denver, CO 80202 | ( ) | via Overnight Mail |
| *Attorney for Defendant Keyes Trucking, Inc.* | ( ) | via Electronic Mail |
| | (x) | via CM/ECF System |

| | | |
|---|---|---|
| Michael G. Eiselein, Esq. | ( ) | via U.S. Mail |
| Lynaugh, Fitzgerald, Eiselein & Grubbs | ( ) | via Hand Delivery |
| 225 North 23rd Street | ( ) | via Facsimile |
| Billings, MT 59101 | ( ) | via Overnight Mail |
| | ( ) | via Electronic Mail |
| | (x) | via CM/ECF System |

s/ Imelda Andrade

3