IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-00998-RPM-CBS

ROBERT SCHLEINING,

    Plaintiff,

v.

KNOTT BROTHERS TRUCKING, LLC, a Nebraska limited liability company, and
KEYES TRUCKING, INC., a Nebraska corporation,

    Defendants.

_____

### ORDER FOR DISMISSAL
_____

    Pursuant to the Stipulated Motion to Dismiss with Prejudice [38], filed on June 3, 2009, it is

    ORDERED that this case is dismissed with prejudice, each party to bear their own costs and fees.

    Dated:   June 4th, 2009

                                    BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior District Judge